# EXHIBIT A

CLERK OF THE SUPERIOR COURT
FILED
JUN -7 2019   4:40 PM
A. Marques, Deputy

Lyons D. Lyons
Richard D. Lyons Attorney At Law
4808 N. 22nd St. Suite 200
Phoenix, AZ 85016
Bar No. 020558



IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

ANTHONY CANNING,

               Plaintiff,

vs.

MEDTRONIC, INC.,

               Defendant.

Case Number: CV2019-053458

**DECLARATION OF SERVICE BY A PRIVATE PROCESS SERVER**

Received by Rush Hour Legal Service to be served on **MEDTRONIC, INC.,**.

I, Russell D. Hoffman, do hereby affirm that on the **6th day of June, 2019 at 1:31 pm**, I:

served **MEDTRONIC, INC.,** by delivering a true copy of the **Summons; Complaint; Certificate of Compulsory Arbitration** with the date and hour of service endorsed thereon by me, to: **CORPORATION SERVICE COMPANY Tiffany Nagy (Agent) (Statutory Agent)** at the address of: **8825 N. 23rd Ave. Suite 100, Phoenix, AZ 85021**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 22, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 154, Hair: Black, Glasses: Y

I, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, Declare under penalty of perjury that the foregoing is true and correct and was executed on the above date.

Russell D. Hoffman
Process Server MC-7486

Rush Hour Legal Service
P.O. Box 30997
Mesa, AZ 85275
(480) 797-9483

Our Job Serial Number: RUL-2019001052
Service Fee: $85.00



In the Superior Court of the State of Arizona

In and For the County of **Maricopa**

**CV2019-053458**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes  ☒ No

If yes, what language(s): _____

CLERK OF THE
SUPERIOR COURT
FILED
G. RAMIREZ. DEP
2019 MAY 24 PM 3:06

Plaintiff's Attorney **Richard D. Lyons**

Attorney Bar Number **020558**

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:
Anthony Canning  c/o Richard D. Lyons, Esq., 14500 N. Northsight Blvd, Ste. 101, Scottsdale, AZ 85260, 480-991-9077

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Medtronic, Inc.

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.**

☐ Amount Claimed $_____   ☐ Tier 1   ☐ Tier 2   ☒ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

©Superior Court of Arizona in Maricopa County   Page 1 of 3   CV10f – 010119

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- [ ] 111 Negligence*
- [x] 112 Product Liability – Asbestos*
- [ ] 112 Product Liability – Tobacco*
- [ ] 112 Product Liability – Toxic/Other*
- [ ] 113 Intentional Tort*
- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [ ] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 122 Physician D.O*
- [ ] 123 Hospital*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (i.e. Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment
- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- [ ] Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*          ☐ 163 Other* _____
☐ 196 Verified Rule 45.2 Petition                              (Specify)
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge
☐ Employer Sanction                       ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____
_____

**Additional Defendant(s):**

_____
_____

Richard D. Lyons (SBN 020558)
HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC
14500 N. Northsight Blvd. Suite 101
Scottsdale, AZ 85260
Telephone: (480) 991-9077
Facsimile: (480) 443-8854
Email: MinuteGroup@legalcounselors.com

Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTHONY CANNING, a married man<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC, a foreign corporation; Does I-X; and ABC Entities I-X,<br><br>Defendant. | Case No. CV2019-053458<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

**FROM THE STATE OF ARIZONA TO:**

**MEDTRONIC, INC**

**YOU ARE HEREBY SUMMONED** and required to appear and defend in the above-entitled action in the above-entitled Court, within TWENTY DAYS, exclusive of the day of service, after service of this Summons and Complaint upon you if served within the State of Arizona, or within THIRTY DAYS, exclusive of the day of service, if served without the State of Arizona, or by publication.

**YOU ARE HEREBY NOTIFIED** that in case you fail to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or other proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or

914250:2/21651-00:PD
1644852v2

other response upon the Plaintiff's attorney.

The name and address of Plaintiff's attorney is:

Richard d. Lyons, Esq.
**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**
14500 N. Northsight Blvd. Suite 101
Scottsdale, AZ 85260
Telephone: (480) 991-9077
Facsimile: (480) 443-8854
Email: MinuteGroup@legalcounselors.com

**REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE (3) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

**REQUESTS FOR AN INTERPRETER FOR PERSONS WITH LIMITED ENGLISH PROFICIENCY MUST BE MADE TO THE OFFICE OF THE JUDGE OR COMMISSIONER ASSIGNED TO THE CASE BY PARTIES AT LEAST TEN (10) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for the County of Maricopa this date: _____.

MAY 2 4 2019

JEFF FINE, CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

By:_____
, Deputy Clerk

2

914250:2/21651-00:PD
1644852v2




Richard D. Lyons (SBN 020558)
**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**
14500 North Northsight Blvd., Suite 101
Scottsdale, Arizona 85260
Telephone: 480-991-9077
E-mail: Minute@legalcounselors.com

MAY 2 4 2019
CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTHONY CANNING, a married man,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC, a foreign corporation; Does I-X; and ABC Entities I-X,<br><br>Defendants. | Case No. CV2019-053458<br><br>**COMPLAINT**<br><br>(Tort - Non-Motor Vehicle; Product Liability) |

Through undersigned counsel, Plaintiff Anthony Canning ("Anthony") alleges as follows:

### Parties, Jurisdiction, and Venue

1. At all times relevant, Anthony has been and is a resident of Maricopa County, Arizona.

2. Upon information and belief, Defendant Medtronic, Inc. ("Defendant Medtronic") is a foreign corporation headquartered in Minneapolis, Minnesota.

3. Jurisdiction and venue in this Court are appropriate because Defendant Medtronic transacts and conducts business in Maricopa County, Arizona.

4. Jurisdiction and venue in this Court are appropriate because Defendant Medtronic placed a medical device in the stream of commerce which malfunctioned and injured Anthony in Maricopa County, Arizona.

914250:2/21651-00:PD
1644715v2

## Fictitious Parties and Vicarious Liability

5. Does I-X are persons whose identities are presently unknown, and who proximately caused Anthony's injuries and damages through their negligence as alleged herein.

6. Defendant Medtronic is vicariously liable for the negligence of Does I-X as their employer and/or agent.

7. ABC Entities I-X are corporations, partnerships, or other such entities whose identities are presently unknown, and whose owners, partners, officers, employees, agents, and other representatives, including Does I-X, proximately caused Anthony's injuries and damages through their negligence as alleged herein.

8. ABC Entities I-X are vicariously liable for the negligence of Does I-X.

9. Does I-X and ABC Entities I-X are hereby put on notice of Anthony's intention to join them as defendants to this suit when there true identities and the nature of their tortious conduct are discovered.

10. All married fictitious defendants acted at all times on behalf of the fictitious marital communities to which they belong, by which those marital communities are liable for their conduct.

## General Allegations

11. On December 14, 2017, Anthony was to undergo a robotic total gastrectomy at Mayo Clinic Hospital in Phoenix, Maricopa County, Arizona.

12. During that procedure, Anthony's surgeon was to use an EEA model stapler (the "Medtronic Stapler") designed and manufactured by Defendant Medtronic.

13. While Anthony's surgeon attempt an anastomosis near the conclusion of that procedure, the Medtronic Stapler tore through Anthony's esophagus and caused an esophageal retraction.

2

914250:2/21651-00:PD
1644715v2

14. One of Anthony's surgeons reported the event as a "misfire of the EEA stapler …".

15. Anthony's surgery was extended many hours as other surgeons performed a right posterolateral thoracotomy to access Anthony's esophagus to repair tear and retraction, and to complete the now complex anastomosis.

16. Since the Medtronic Stapler misfired, Anthony has suffered extended stays in the ICU, in the hospital, in rehabilitation, and in attempting to regain strength at home.

17. Since the Medtronic Stapler misfired, Anthony has suffered and will continue to suffer continuous pain which magnifies whenever he attempts to swallow or breathe.

18. Since the Medtronic Stapler misfired, Anthony has suffered and will continue to suffer significant deterioration by his inability to intake adequate nutrition.

19. Since the Medtronic Stapler misfired, Anthony has suffered a significant loss of income.

20. Since the Medtronic Stapler misfired, Anthony has incurred otherwise unnecessary medical bills.

21. Each and every one of Anthony's injuries is the direct result of the Medtronic Stapler misfiring as a result of the negligent acts and omissions of Defendant Medtronics.

### Count One--Negligence

22. Anthony incorporates by reference the preceding paragraphs as though fully set forth herein.

23. In connection with the designing, manufacturing, assembling, inspecting, testing, creating, developing, supply distribution and delivery of the Medtronic Stapler, Defendant Medtronic negligently designed, created, concocted, assembled, sold, manufactured, distributed, tested, presented, failed to label, failed to warn, or protect against a danger or hazard in the expected or foreseeable use of, which exposed persons, including Anthony, to its dangerous, hazardous and unsafe design and/or condition.

3

914250:2/21651-00:PD
1644715v2

24. As a sole, direct and proximate result of Defendant Medtronic's negligence, Anthony suffered a torn and retracted esophagus which caused an unnecessary thoracotomy, and which caused and which will continue to cause pain, suffering, deterioration, extended ICU and hospital stays, extended periods of disability, and economic damages including medical bills and lost income.

### Count Two—Breach of Warranty

25. Anthony incorporates by reference the preceding paragraphs as though fully set forth herein.

26. In connection with the designing, manufacturing, assembling, inspecting, testing, creating, developing, supply distribution and delivery of the Medtronic Stapler, Defendant Medtronic did represent and warrant, both expressly and impliedly, that the Medtronic Stapler was fit and proper for the use and purpose for which it was designed and intended. Said representations and warranties were in fact false and untrue in that the Medtronic stapler tore through Anthony's esophagus while it was being used during surgery just as it was intended, foreseeable, reasonable, designed, and anticipated.

27. As a sole, direct and proximate result of Defendant Medtronic's negligence, Anthony suffered a torn and retracted esophagus which caused an unnecessary thoracotomy and which caused and which will continue to cause pain, suffering, deterioration, extended ICU and hospital stays, extended periods of disability, and economic damages including medical bills and lost income.

### Count Three—Strict Liability/Defect of Manufacture and Design

28. Anthony incorporates by reference the preceding paragraphs as though fully set forth herein.

29. Defendant Medtronic is strictly liable to Anthony for his injuries and damages as a result of its designing, manufacturing, assembling, inspecting, testing, creating, developing, supply distribution, and delivery of the Medtronic Stapler, which contained a defect or defects of design and manufacture.

4

914250:2/21651-00:PD
1644715v2

30. The defect or defects of design, and/or manufacture were either known to Defendant Medtronic, or should have been known to it in the exercise of reasonable care.

31. As a sole, direct and proximate result of Defendant Medtronic's strict liability as set forth above, Anthony suffered a torn and retracted esophagus which caused an unnecessary thoracotomy and which caused and which will continue to cause pain, suffering, deterioration, extended ICU and hospital stays, extended periods of disability, and economic damages including medical bills and lost income.

32. Undersigned counsel certifies that this case qualifies as Tier 3 pursuant to Rule 26.2, Arizona Rules of Civil Procedure.

WHEREFORE, Anthony prays for judgment against Defendant Medtronic for general damages for the pain and suffering he has endured and that which he is reasonably likely to endure in the future; for special damages including past and future lost income and medical bills; for costs of suit; and for all other relief as appears just to this Court.

DATED this ___ day of _____, 2019

HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC

*[signature: Richard D. Lyons]*

Richard D. Lyons
*Attorneys for Plaintiff*

5

914250:2/21651-00:PD
1644715v2



MAY 24 2019

CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

Richard D. Lyons (SBN 020558)
**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**
14500 N. Northsight Blvd. Suite 101
Scottsdale, AZ 85260
Telephone: (480) 991-9077
Facsimile: (480) 443-8854
Email: MinuteGroup@legalcounselors.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTHONY CANNING, a married man<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC, a foreign corporation; Does I-X; and ABC Entities I-X,<br>Defendant. | Case No. CV2019-053458<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

Pursuant to Rule 72(e), Ariz.R.Civ.P., the undersigned, on behalf of Plaintiff, certifies that in the above-captioned action that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable Superior Court, and further certifies that this case is not subject to compulsory arbitration, as provided by Rules 72 through 77, Ariz.R.Civ.P.

RESPECTFULLY SUBMITTED this ___ day of May, 2019.

HYMSON GOLDSTEIN & PANTILIAT, PLLC

*/s/ Richard D. Lyons*
Richard D. Lyons
*Attorneys for Plaintiff*

914250:2/21651-00:PD
1644853v2